STATE, *ex rel.,* CARY D. LANDIS, Attorney General; MAY B. ALLISON, CO-RELATOR, v. LEON D. LEWIS, *et ux.,* and the CITY OF ST. PETERSBURG.

184 So. 926.
Division B.
Opinion Filed October 31, 1938.

*Hampton, Bull & Crom,* for Appellants;

*Bussey, Mann & Barton* and *Allen C. Grazier,* for Appellees.

PER CURIAM.—This cause coming on to be heard upon the transcript of the record and the briefs and argument of counsel, and the same having been duly considered by the Court, the Court is of the opinion that the final decree appealed from should be affirmed.

It is so ordered.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur.

TERRELL and BUFORD, J. J., concur in the opinion and judgment.

ELLIS, C. J., dissents.